UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

     Plaintiff,

                                              Criminal No. 20-30342

v.

Jamill Deon Briggs,

     Defendant

_____/

**MOTION AND ORDER TO UNSEAL THE**
**COMPLAINT AND ARREST WARRANT**

The United States of America requests the court to unseal the Complaint,

Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement

   officers.

2. That the United States is no longer apprehensive that the defendant may flee

   prior to appearance on the complaint.

                                       Respectfully submitted,

                                       Saima S. Mohsin
                                       Acting United States Attorney

                                       *s/Matthew Roth*
                                       Matthew Roth P58549
                                       Assistant United States Attorney
                                       211 W. Fort Street, Suite 2001
                                       Detroit, MI 48226
                                       matthew.roth2@usdoj.gov
                                       (313) 226-9186

Dated: March 3, 2021

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
Elizabeth A. Stafford
United States Magistrate Judge

Entered: March 3, 2021